# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2019

160272

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* CHARLES W. MALETTE
_____     SC: 160272

ATTORNEY GRIEVANCE COMMISSION,
        Petitioner.
_____/

On order of the Court, the petition for injunction pursuant to MCR 9.108(E)(4) is considered, and it is GRANTED. We ORDER that Charles W. Malette (P68928) is enjoined from practicing law in the State of Michigan until the felony charges pending against him have concluded. If the respondent is acquitted of all felony charges, this injunction shall automatically dissolve.

CAVANAGH, J., did not participate due to her prior service as a member of the Attorney Grievance Commission.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2019 _____
a1008                                                         Clerk